CIVIL ACTION NO. 09-CV-10817-RGS

JEREMIAH DAVILA-LYNCH
and LAURA DAVILA-LYNCH

v.

MARK CELIA
and DAVID DICKINSON

July 30, 2012

Stearns, D.J.

The court has reviewed the twelve complaints referenced in Exhibits R-CC. None involve allegations that the incidents at issue were precipitated by the complaining citizen's race. Nor are there any allegations that defendant Celia used racial epithets during the citizen interactions. Finally, only two of the complaints resulted in findings that Celia violated police policy and procedures; one of which resulted in disciplinary action (suspension without pay for two days). For the most part, the internal affair files represent unsubstantiated complaints, and, as a whole, are irrelevant to the main issue at trial – whether Davila-Lynch's arrest was based on racial animus. Thus, the court will exclude Exhibits R-CC barring any unexpected opening of the door by Celia during his testimony at trial.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE