**DRAFT**

CIVIL ACTION NO. 09-10817-RGS

JEREMIAH DAVILA-LYNCH
and LAURA DAVILA-LYNCH

v.

MARK CELIA
and DAVID DICKINSON

August 6, 2012

STEARNS, D.J.

## CIVIL RIGHTS VIOLATIONS

Q.1.  Do you find by a preponderance of the evidence that Sergeant Mark Celia arrested, or caused Jeremiah Davila-Lynch to be arrested, without reasonable cause on May 20, 2006?

A.1.  Yes _____   No _____

**Please answer Q.2.**

Q.2.  Do you find by a preponderance of the evidence that Officer David Dickinson arrested, or caused Jeremiah Davila-Lynch to be arrested, without reasonable cause on May 20, 2006?

A.2.  Yes _____   No _____

**If the answer to Q.1. is "Yes," please answer Q.3.  If the answer to Q.2 is "Yes," please answer Q.4.  If the answer to both Q.1 and Q.2 is "No," proceed to Q.5.**

Q.3.  Do you find by a preponderance of the evidence that Sergeant Mark Celia arrested, or caused Jeremiah Davila-Lynch to be arrested, because of his race on May 20, 2006?

A.3.  Yes _____    No _____

Q.4.  Do you find by a preponderance of the evidence that Officer David Dickinson arrested, or caused Jeremiah Davila-Lynch to be arrested, because of his race on May 20, 2006?

A.2.  Yes _____    No _____

**Please answer Q.5.**

### FALSE IMPRISONMENT

Q.5.  Do you find by a preponderance of the evidence that Sergeant Mark Celia falsely imprisoned Jeremiah Davila-Lynch without probable cause on May 20, 2006?

A.5.  Yes _____    No _____

**Please answer Q.6.**

Q.6.  Do you find by a preponderance of the evidence that Officer David Dickinson falsely imprisoned Jeremiah Davila-Lynch without probable cause on May 20, 2006?

A.6.  Yes _____    No _____

**If the answer to Q.1, and/or Q.3, and/or Q.5 is "Yes," please answer Q. 7. If the answer to all three questions is "No," you have reached your verdict as to Sergeant Celia.**

Q.7.  Do you find by a preponderance of the evidence that the unlawful conduct of Sergeant Mark Celia was a proximate (substantial) cause of any injury to Jeremiah Davila-Lynch?

A.7.   Yes _____     No _____

**If the answer to Q.2, and/or Q.4, and/or Q.6 is "Yes," please answer Q.8. If the answer to all three questions is "No," you have reached your verdict as to Officer Dickinson.**

Q.8.  Do you find by a preponderance of the evidence that the unlawful conduct of Officer David Dickinson was a proximate (substantial) cause of any injury to Jeremiah Davila-Lynch?

A.8.   Yes _____     No _____

**If the answer to Q.7 is "Yes," please answer Q.9.**

Q.9.  What sum of money will fairly and reasonably compensate Jeremiah Davila-Lynch for any injury caused by Sergeant Celia's wrongful conduct?

A.9.  _____
                (Amount in Words)

    $_____
            (Amount in Numerals)

If the answer to Q.8 is "Yes," please answer Q.10.

Q.10. What sum of money will fairly and reasonably compensate Jeremiah Davila-Lynch for any injury caused by Officer Dickinson's wrongful conduct?

A.10. _____
     (Amount in Words)

$ _____
     (Amount in Numerals)

**If the answer to Q.5 and/or Q.6 is "Yes," please answer Q.11.**

### LOSS OF CONSORTIUM

Q.11. What sum of money will fairly and reasonably compensate Laura Davila-Lynch for any loss of the companionship and support of Jeremiah Davila-Lynch that she suffered as a proximate cause of one or both defendants' conduct?

A.11. _____
     (Amount in Words)

$ _____
     (Amount in Numerals)

**If the answer to any of Q.1, Q.2, Q.3 and/or Q.4 is "Yes," please answer Q.12.  If the answer to all four questions is "No," you have completed your verdict.**

### PUNITIVE DAMAGES

Q.12. Does the jury in its discretion choose to award punitive damages?

A.12. Yes _____    No _____

**If the answer is "Yes," please answer Q.12.  If the answer is "No," you have reached a verdict.**

Q.13. What sum of money does the jury award to Jeremiah Davila-Lynch as punitive damages?

A.13. _____
           (Amount in Words)

$_____
           (Amount in Numerals)

I certify that the foregoing answers are the unanimous answers of the jury.

                                                _____
                                                Foreperson

Dated: _____